JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** Andover          **Category No.** II          **Investigating Agency** FBI

**City** Andover

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____          ☐ Yes  ☑ No

Defendant Name  Luciano Schipelliti          Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1997    SSN (last 4#): 3307    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** Peter Parker          Address: 33 Bradford Street Concord, MA

Bar Number: _____                              617-834-0055

**U.S. Attorney Information**

AUSA: Benjamin A. Saltzman          Bar Number if applicable: 683169

**Interpreter:** ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/17/2026          Signature of AUSA:  */s/ Benjamin A. Saltzman*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Luciano Schipelliti

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM -* Criminal Case Cover Sheet.pdf  3/4/2013